IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Agustin Solis-Valencia, | No. CV 07-2448-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Katrina S. Kane, | |
| Defendant. | |

On December 3, 2007, Petitioner filed a petition for writ of habeas corpus. (Doc. 1). On April 25, 2008, Magistrate Judge Jay R. Irwin issued a Report and Recommendation ("R&R") recommending that the petition for writ of habeas corpus be dismissed for failure to prosecute. (Doc. 12). Petitioner has not filed objections.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2  made, the Court will adopt the R&R in full.
3       Accordingly,
4       **IT IS ORDERED** that the Report and Recommendation (Doc. 12) is **ADOPTED**.
5       **IT IS FURTHER ORDERED** that the petition for writ of habeas corpus is **DENIED**
6  and **DISMISSED WITHOUT PREJUDICE**.
7       **IT IS FURTHER ORDERED** that this case shall be terminated.

DATED this 13th day of May, 2008.

_____
Roslyn O. Silver
United States District Judge